149 A.3d 557

**PARKER, Willie Lee**

v.

**STATE of Maryland**

**Pet. Docket No. 373, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 2568, Sept. Term, 2014).

Petition for writ of certiorari denied.

■

149 A.3d 557

**POTTER, Herbert Stacy**

v.

**STATE of Maryland**

**Pet. Docket No. 322, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1309, Sept. Term, 2013).

Petition for writ of certiorari denied.